IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DIVISION OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Greenbrier Hotel Corporation, et al., | Case No. 09-31701 (KRH) |
| Debtors. | Jointly Administered |

### DECLARATION IN SUPPORT OF EMPLOYMENT OF H. TONEY STROUD AS A PROFESSIONAL UTILIZED IN THE ORDINARY COURSE OF BUSINESS

I, H. Toney Stroud, declare that :

1. I am a member of the firm of Steptoe & Johnson PLLC (the "Firm"), which has been employed by the debtors in possession in the above-captioned cases (the "Debtors") in the ordinary course of their business. The Debtors wish to retain the Firm to continue providing such ordinary-course services during their chapter 11 cases. This Declaration is submitted in compliance with the Order Granting Motion of the Debtors Pursuant to Bankruptcy Code Sections 105(a), 327, 330 and 331 Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business (the "OCB Professionals Order").

2. The Firm was provided with a list of interested parties, a copy of which is annexed hereto as "Exhibit I" and conducted a search of Firm's records for the names identified thereon. Based on that search, neither I, the Firm, nor any member, counsel or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors or stockholders, or any party interest herein.

5139641

3.   The Firm does not represent or hold any interest adverse to the Debtors or their estates with respect to the engagement for which we are to be retained.

4.   This firm will provide defense in the area of workers' compensation litigation as well as general counseling associated with workers' compensation issues and regulatory matters before the West Virginia Offices of the Insurance Commissioner.

5.   This Firm and certain of its members, counsel and associates may have in the past represented, currently represent and may in the future represent entities that are claimants or equity security holders of the Debtors in matters totally unrelated to the Debtors' chapter 11 cases.  None of those past or current representations are material. This Firm will be in a position to identify with specificity all such persons or entities when lists of all creditors of the Debtors have been prepared and will make any further disclosures as may be appropriate at that time.  The Firm intends to apply for compensation for professional services rendered in connection with these chapter 11 cases directly to the Debtors, in accordance with the OCB Professionals Order, which such application to request compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm.  The principal attorneys or other professionals designated to represent the Debtors and their current standard rates, are:

6.   | H. Toney Stroud | $120.00 |
| Douglas G. Lee | $120.00 |
| Erica Stucky | $120.00 |
| Ed Oxley | $60.00 |
| Paul Thomas | $60.00 |
| Cindy Butler | $60.00 |

7.   The rates set forth above are subject to periodic adjustments to reflect economic and other conditions.  Such rates are the Firm's standard rates for work of this nature.

The rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and other professionals and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with a client's case. The expenses charged to clients include, among other things, copier charges, postage, facsimile transmission, long distance telephone charges, computer research, automobile travel, in-house carriers, and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

8. Except as provided in the OCB Professionals Order, no representations or promises have been received by the Firm, nor by any member, counsel or associate hereof, as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with this chapter 11 case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on ___MAY   8___, 2009 in Charleston, West Virginia.

_____

H. Toney Stroud [WV Bar Id # 7800]
Steptoe & Johnson PLLC
P. O. Box 1588
Charleston, WV  25326-1588
(304) 353-8000

5139641                                             3

**Project Traveler**
**Conflict Check Parties**

| Name |
| --- |
| Andrews, Christopher R. |
| Eliasson, Frederick J. |
| Gordon, Michael |
| Gulin, Rosemary J. |
| Harris, Robert J. |
| McGovern, Michael P. |
| Afton Senior Management |
| Agilysys NV, Inc |
| American Academy Of Family Physicians |
| American Bankers Association |
| American Bar Endowment |
| American College Of Surgeons - Wv Chapter |
| American Hospital Association |
| American Junior Golf Association |
| American Ophthalmological Society |
| American Society For Surgery Of The Hand |
| American Society Of Composers, Authors And Publishers |
| Angelo Ingrati |
| Appalachian Hardwood Manufactures Association |
| Appalachian Regional Healthcare |
| Armed Forces Benefit Association |
| Arnold L. Wickline, Katherine M. Wickline |
| Ashland Inc. |
| Ashville Orthopedic Forum |
| Association Of General Counsel |
| Automotive Trade Association Executives |
| Banchmark Hospitality, International |
| Barry Garfinkel'S 80Th Birthday Celebration |
| Baxter & Company, Inc. |
| Boston Private Bank & Trust Company |
| Brian And Lori Wood |
| Carolinas Agc Architect-Contractors |
| CCBCC Operations, LLC |
| Cellco Partnership |
| Chevy Profit Council Group |
| Clarke Family LTD. Partnership |
| Cleveland Roamers |
| Cleveland_Cliffs, Inc. |
| Colas, Inc. |
| Collier Reunion |
| Committee of 100 US Chamber of Commerce |
| Communication Workers of America |
| Community Bankers Association of Alabama |
| ConferenceDirect LLC |
| Contractors Association of WV |
| Crop Life |
| CSX Corporation |
| CSX IP, Inc. |



Cynthia Napier
D&D Communications Group, LLC
Daniel and May Foley
Daniel F. and Marilyn S. Evans
David Green Organization (DGO)
Dorthy Draper & Company, LLC
DPS Club Management Company, LLC
DPS Development Company, LLC
DRI - The Voice of the Defense Bar
Eastern Medicaid Pharmacy
Edward B. Walker
Electrical Equipment Representatives Association
Employers Mutual Casualty Company
Episcopal Diocess of WV
Equator Estate Coffees & Teas, Inc.
Eyre Tour & Travel
F & M Trust/Go Club
First Horizon Merchant Systems, Inc.
Fortune Practice Management Inc.
Fourth Circuit Judicial Conference
Frederic Monti
Gary and Gina Ward
General Federation of Women's Clubs - WV Chapter
Georgia Senior Golfers Association
Gillespie's
Golden Key Solutions
Grandin Hood Publishers
Greenbrier Golf and Tennis Club Corporation
HCS Group
Healthcare Distribution Management Association
Heath & Company Hospitality Advisors
HERE Local 863
Highland Cellular, Inc.
Highland Towers, Inc.
Hinton and Grusich, Inc.
Hobbs & Lybrook 10th Anniversary
Howard Creek LLC
Hunter Amenities International Ltd.
Independent Oil and Gas Association of WV
International Alliance of Theatrical State Employees & Moving Picture Machine Operators
International Brotherhood of Electrical Workers
International Junior Golf Tournament
International Management Assistance Corporation
International Union of Painters and Allied Trades
James and Brooke Bunn
James and Sandra Strickland
Jeffress Memorial Trust
John and Laura Ulmer
John Tudor
Jox Stox LLC
Joy Tour & Travel
Kathy Shelton

Kentucky Association of Highway Contractors
Kimberly Family Celebration
King Coal Club
Knoxville Tours
Kramer GSC Properties, LLC
L. Andrew Koman and Leigh Koman
Lee Robinson
Lincoln Mercury Dealers Advertising Fund, Cincinnati LMDA Group
Links Choice of Virginia
Louisiana Automobile Dealers Association
M. Deborah Williams
Maintenance Workers Local 1182
Markley 50th Anneversary Celebration
Material Handling Industry
Matthew Stewart
McFarlane Hospitality Recruiters
Meadow View Farms
Metals Service Center Institute
Mid-America Tours
Mid-Atlantic Reginional Council of Carpenters
Monte Hansen
Moomau Briney Wedding
Mr. & Mrs. Leidal's 50th Wedding Anniversary
NADA
National Association of Guardsmen (Boston Chapter)
National Chicken Council
National Electrical Contractors Association
New York State Bar Association
Newmarket International, Inc.
North Carolina Society of Plastic Surgeons
North Carolina Surgical Association
Northeast/Southeast Caterpillar Dealers Association
Northwest Anesthesia Seminars, Inc.
O.C. Tanner
O'Donnell Family Gathering
Ohio State Bar Association
Ohio Travel Treasures
Outdoor Power Equipment Institute
Owens Corning Sales, LLC
Passero Adams, Inc.
Paterakis 80th Birthday
Patricia Fry
Peck-Dull Wedding
Pennsylvania Association of Mutual Insurance Companies
Piedmont Orthopedic Society
Preferred Hotels and Resorts
Pride International
Qubica AMF
Rader Aviation
Rob Plesh
Robert S. Conte
Roger and Carole Kenny

Sam Snead Golf, Inc
Security Union
Senior Golfers of America
Shenandoah Tours
Shockey Tours
Snake River Sporting Club, Inc.
Society of International Business Fellows
Sonshine Tours
South Central Section American Urological Association
Southeastern Angiographic Society
Southeastern Society for Pediatric Dentistry
Southern Association of Workers Compensation Administration
Southern Seniors Golf Association
SSA Global Technologies, Inc.
State Farm Insurance
Sterne Agee & Leach Inc.
STUDIO 40, INC.
Sunshine Tours
The 55 Golf Association
The Baltimore and Ohio Railroad Company
The Chesapeake and Ohio Railway Company
The Chuch Pension Fund Meeting
The Council of Labor Unions
The Covey - Plymale Wedding
The Falconry & Raptor Education Foundation
The Federal Circuit Bar Association
The Frank Gates Service Company
The Hawkins - Vaughan Wedding
The Lambert - Pattisall Wedding
The Marino - Zenek Wedding
The McComas-McGill Wedding
The Mockovitz - Somerville Wedding
The Pottery at The Greenbrier
The Pritchard - Chumley Wedding
The Selby - Fox Wedding
The Spahr - Lowery Wedding
The Thomas S. Watson Supporting Foundation
The Thomas_Stephens Wedding
The Turks and Caicos Sporting Club at Ambergris Cay Community Association, Ltd.
The USTA & WVU Club Tennis
The Very Thing
The Virginias Senior Golf Association
Thomas S. Watson
ThyssenKrupp Elevator
Toby Tours/Retail
Tom Horton
Tony Cammarota
Top of the Line Tours
Town of White Sulphur Springs
TravelCLICK Interactive, Inc.
Trish McEvoy Ltd.
Tucker's Point Golf, Beach and Tennis Club Ltd.

United Association of Journeymen, Plumbers and Pipefitters and Apprentices
United States Senior Women's Golf Association
University of Michigan Dental School
US Cellular
US Tours
Vascular Surgery Symposium
Virginia Asphalt Association
Virginia Association of Orthodontists
Vranceanu-Adkins Wedding
Warther Museum Tours
WCN Properties, LP
Welcher Wedding
West Virginia Bankers Association
West Virginia Coal Association
West Virginia Dermatology Society
West Virginia Homebuilders Assoc.
West Virginia Hospital Association
West Virginia PCS Alliance, LLC
West Virginia Power
West Virginia Veterinary Medical Association
Whitman Exterminating Company
Whitney National Bank
Williams & Connolly, LLP
WV Association of Nurse Anethetists
WV Bankers Association
WV Dental Association
WV Hospital Association
WV Life & Health Guaranty Association
WV Society of CPA's
WV Wholesalers Association
Yesawich, Pepperdine, Brown & Russell
2009 Chairmans Club Trip
4 Seasons Tours
A & I Tours
A.T. Massey Coal Company, Inc.
AAA South Central Ohio
All American Wildcatters
Altec Industries
American Travel
Barbara Rice Tours
Birmingham Tours
Bob Neff Tours
Bollinger Insurance
Brickstreet Insurance Company
BSCI Tours
Centenary Methodist Church
Church Pension Fund Meeting
Cincinnati LMDA Group 2009
Cliffs Natural Resources
Clopay
College of American Pathologists
Continental Land & Fur Co., Inc.

Conway Tours
Countryside Tours
Covington and Burling
D&D Communications Retail Retreat
Daniel's Discovery Tours
Discovery Tours
Dominion Resources Services, Inc.
Eaton Corporation
EMC Insurance Companies
F&M Trust
Financial Brokerage, Inc.
First Tower Corporation
Fortune Platinum Circle
Francis Custom Tours
Fun Tours
Generations Group
Gordon Food Service
Groomes Tours
Gunther Tours
H.C. Smith Family Meeting
Haggai Institute
Hampden Sydney College
Hampton Jitney, Inc.
Hensel Phelps Construction Company
Historic Waco Foundation
Holiday Tours
Howard Hanna Real Estate
Interlude Tours
Ionosphere Tours
Iroquois Pipeline Operating Company
Jane's Journeys
Kelly Tours
Lakefront Lines
Landmark Tour & Travel
Lenzner Tour and Travel
Lifestyle Tours
Marino-Zemek Wedding
MasterCorp, Inc.
McQuay International
Milton J. Wood Company
Mountain Outing Tours
Navy Federal Credit Union
Orthopedic Surgeons Annual
Parker Travel
Patterson Dental Supply, Inc.
Pentagon Federal Credit Union
Peoria Charter Coach
Perkiomen Tours
Personalized Tours
PJM Interconnection
Prime Tours
Primerus Law Firms

Pritchard-Chumley Wedding
PSP Metrics
R & S Tours
Raleigh General Hospital
Retiree Advisor Marketing Corporation
Rose Marie's Tours
Royal Coffee, Inc.
Royal Order of Jesters
Royal Tours
Senior Community Tours
Senior Tours, Inc.
Shonk Land Company
Shoreline Tours
Southern Touch Tours
Stone Energy Corporation
Sunrise Tours
TBI Tours
The Habegger Corporation
The Travel Authority
Uncommon Journeys
Volvo Penta
Wade Tours
Wavelink
White Memorial Presbyterian
White Star Tours
Womble, Carlyle, Sandridge, Rice
Ace American Insurance Company
CSX Insurance Company
Illinois Union Insurance Company
Old Republic Risk Management, Inc.
The Hanover Insurance Group
ADP Time and Attendance
Allegheny Lawn & Golf Products
Amerada Hess Corporation
Amerassist A/R Solutions, Inc
American Express Publishing
Anderson News Llc
Andrews Food Equip. Llc
Asae & The Center Member
Associated Luxury Hotels Llc
Assured Mgmt Co.
AT&T
Avaya Inc.
Black Dog, Inc.
Bohan Advertising/Marketing
Brenntag Mid-South, Inc
Burberry/Hickey Freeman
Callaway Golf
CBIZ
Central Va News Agency
Cintas Of Bedford
Citigroup Inst Trust Co.

City Of White Sulphur Spr.
CMC Supply Inc.
Coastal Sunbelt Produce Co
Crothall Laundry Services
Curtco Robb Media, Llc
Customer Service Marketing
Delta Air Lines
DHL Express
Diamond Consulting Corp.
Donnelley Receivables, Inc
Dorothy Draper & Co.
Ecolab
Egypt Farms Inc.
Engineering Chemistry Co.
Environmental Pipe Service
Exclusive Travel Exp. Inc.
Experian
F J Favorite Jr
F. J. Favorite Consulting Svcs
First Citizens Bank
Frank Gates Service Co.
Fusion Productions
Gbr Copeland Hill Trust
Gbr. County Landfill
Geosyntec Consultants
Global Marketing Services
GMAC Global Relocation Serv
Grainger
Grandin Hood Publishers, Inc
Greenbrier Clinic
Greer'S Supply Co., Inc.
Heath & Company Consultants
Hereiu Health & Welfare
Heritage Food Service
Hewitt Associates LLC
ICX Group
IMC Group Of Campanies, Ltd
Jack A. Heilpern, Jr.
Janpak/Paper Supply Bluefd
Jefferds Corp.
Land Rover Capital Group
Landscape Supply, Inc.
Leader'S Edge
Lewisburg Office Equip.Inc
Links Magazine
LodgeNet Entertainment Corporation
Logsdon Music, Llc
Lou Hammond & Associates Inc
Lynch Construction, Inc.
Maintenance Worker'S Local
Martin & Jones, Inc.
Master Mechanical

Metropolitan Lifeinsurance
Micros Systems, Inc.
MM Meetings Destinations
Mobile Travel Guide Inc
Modern Luxury Media Llc
Mountain State Land Co., Llc
MPI
National Trust Historical
Nielsen Business Media
Northstar Travel Media Llc
Oliver Distributing Co.
PCMA
Penton Business Media
Peter Thomas Roth Skincare
Postmaster
Preferred Hotel Group
Revsource
Reynolds Oil Co., Inc.
Richmond Times Dispatch
Saffron Jewelry
Samuels & Son Seafood
Scripps Southwest Florida Grp
Smith Turf & Irrigation
Southern Refrigeration Corp
St. John Knits
Starlite Promotions
State Electric Supply Co.
Sudden Link
Swank Audio Visuals, Llc
Sysco Food Services Of Va, Llc
Talent Plus
Tammy Lynn Outdoor Adv.
Teddy J. Dressler Sr.
The Dispatch Printing Co.
The Enquirer Media
The Golf Channel
The Governance Institute
The Greenbrier Sporting Club, Inc.
The Innovation Group
Tm Telcomm
Trane Company
Trinity Turf, Inc.
Turfgrass Inc
U. S. Cellular
Union Disposal Service
United Parcel Service
Universal Companies
Verizon
Verizon Business
Verizon Select Services Inc
Washington Post
Water Services, Inc.

Wetsel, Inc.
Whitman Exterminating
World Cinema, Inc.
WTS International
Wv Parkways Authority
Xerox Corporation
Xpedx - Roanoke
Greenbrier County Sheriff
WV Offices of the Insurance Commissioner
WV State Tax Department
Allegheny Power
City Of White Sulphur Springs
Hess Corporation
Mountaineer Gas Company

| Type |
| --- |
| Current Officers & Directors |
| Current Officers & Directors |
| Current Officers & Directors |
| Current Officers & Directors |
| Current Officers & Directors |
| Current Officers & Directors |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |
| Executory Contracts |

Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts

Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts

Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts

Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Executory Contracts
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits

Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits

Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Group Deposits
Insurance
Insurance
Insurance
Insurance
Insurance
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor

Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor

Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor

Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Significant Vendor
Taxing Authorities
Taxing Authorities
Taxing Authorities
Utilities
Utilities
Utilities
Utilities