Neil E. McCullagh (VSB No. 39027)
Ronald A. Page, Jr. (VSB No. 71343)
Cantor Arkema, P.C.
Bank of America Center
1111 East Main Street, 16th Floor
Post Office Box 561
Richmond, Virginia  23218-0561
Telephone:  (804) 644-1400
Telecopier:  (804) 225-8706
 Counsel for Movants

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                                      Chapter 11

Greenbrier Hotel Corporation, et al.,           Case No. 09-31703 (KRH)

                        Debtors.                      Jointly Administered

**STATEMENT IN SUPPORT OF MOTION OF DEBTORS PURSUANT TO
BANKRUPTCY CODE SECTIONS 305(a)(1) AND 1112(b)(1) AND
BANKRUPTCY RULES 1017, 2002(a)(4), AND 9006(c)(1) TO (I) DISMISS
BANKRUPTCY CASES, AND (II) SHORTEN NOTICE OF HEARING**

        Thomas and Lisa Crabtree (together, the "Movants"), by counsel, file their

Statement in Support of Motion of Debtors Pursuant to Bankruptcy Code Sections

305(a)(1) and 1112(b)(1) and Bankruptcy Rules 1017, 2002(a)(4), and 9006(c)(1) to (I)

Dismiss Bankruptcy Cases, and (II) Shorten Notice of Hearing (Docket #192) (the

"Motion to Dismiss"), allege and state as follows:

        1.        On March 19, 2009, Greenbrier Hotel Corporation and The Greenbrier

Resort and Club Management Company (together, the "Debtors") each filed a voluntary

petition for relief under Chapter 11 of Title 11 of the United States Code in the United

States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the

"Court").

2.      On May 8, 2009, the Debtors filed the Motion to Dismiss.  The Movants

support granting the Motion to Dismiss as the interests of the Debtors and their creditors

would be better served by dismissal of the bankruptcy cases.

WHEREFORE, the Movants request that the Court dismiss the Debtors'

bankruptcy cases.


Dated: May 15, 2009                          Respectfully Submitted,

                                             THOMAS AND LISA CRABTREE

                                             By      /s/ Neil E. McCullagh

                                             _____
                                                     Counsel


Neil E. McCullagh (VSB No. 39027)
Ronald A. Page, Jr. (VSB No. 71343)
Cantor Arkema, P.C.
Bank of America Center
1111 East Main Street, 16th Floor
Post Office Box 561
Richmond, Virginia  23218-0561
Telephone:  (804) 644-1400
Telecopier:  (804) 225-8706
 Counsel for Movants


## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2009, a true and accurate copy of the foregoing
was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of
Virginia, Richmond Division, using the CM/ECF system, which caused the above to be
served electronically on all registered users of the ECF system that have filed notices of
appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to
all persons on the Service List below:


                                             By      /s/ Neil E. McCullagh

                                             _____
                                                     Counsel

## PRIMARY SERVICE LIST

Alleghany T-Shirts
Attn: Cindy
P.O. Box 1219
Fairlea, WV 24902

Allegheny Power
P.O. Box 2809
Lewisburg, WV 24901

Beth Daniel
Vernon Gif Breed
219 Palm Trail 1751
Pinnacle Drive
McLean, VA 22102

Cardiac Science Corporation
Attn: Mr. Rob Vaka
3303 Monte Villa Parkway
Bothell, WA 98021

Chris Lilly
2520 Danville Road SW
Decatur, AL 35603

City of White Sulphur Springs
P.O. Box 4632
White Sulphur Springs, WV 24986

Coastal Sunbelt Produce Co.
Attn: Mr. Joe Sala
8704 Bollman Place
Savage, MD 20763

CSX Corporation
Attn: Mr. Frederik Eliasson
500 Water Street, 15th Floor
Jacksonville, FL 32202

Department of Justice Civil Division
Attn: Director Commercial Litigation
Branch
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20007

Department of Treasury
Internal Revenue Service
550 Main St.
Cincinnati, OH 45202

Donahoe Construction Companies
Attn: Mr. Steve Crowder
2101 Wisconsin Ave., NW
Washington, DC 20007

First Citizens Bank
Attn: Ms. Cindi Weyen
Central Bank Operations
DAC02 P.O. Box 40
1 E. Main Street
White Sulphur Springs, WV 24986

Friesens Book Division
Attn: Mr. David Friesen
One Printer's Way
Altona, MB ROG 080 Canada

Geosyntec Consultants
1108 Third Ave. Ste 600
Huntington, WV 25701

Greenbriar Hotel Corporation et al
300 W Main Street
White Sulphur Springs, WV 24986

Growth Enhancer Turf Consultant
Attn: Ms. Cynthia Appel
P.O. Box 8995
Roanoke, VA 24014

3

Hunton & Williams LLP
Attn: Benjamin C. Ackerly
Riverfront Plaza East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

Internal Revenue Service
Attn: Ms. Carolyn Kidwell
Insolvency Unit
31 Hopkins Plz Rm 1140
Baltimore, MD 21201

Internal Revenue Service
State of Virginia Office
400 N. 8th St. Room 564
Richmond, Virginia 23240

Janpak Paper Supply Bluefd
Attn: Mr. Mike Ferrell
Acct No. 48835
P.O. Box 49
Bluefield, WV 24701

Mr. John B. Tudor
21 Kensington Lane
Huntington WV 25705

Kent Cartridge America Inc.
Attn: Mr. Joe Beard
P.O. Box 849
Kearneysville, WV 25430

Kurtzman Carson Consultants
Attn: Mr. Evan Gershbein
2335 Alaska Ave.
El Segundo, CA 90245

McGuire Woods
Attn: Dion Hayes, Esq.
and Aaron McCollough, Esq.
One James Center
901 E. Cary Street
Richmond, VA  23219-4030

Micros Systems, Inc.
Attn: Mr. Tom Giannopoulous
P.O. Box 23747
Columbia, MD 21046-2289

Mountaineer Gas Company
P.O. Box 362
Charleston, WV 25322-0362

Office of the U.S. Attorney
For the Eastern District of Virginia
600 E. Main Street
Suite 1800
Richmond, VA 23219

St. John Knits
Attn: Ms. Linda Rome
17622 Armstong Ave.
Irvine, CA 92612

Sysco Food Services of VA, LLC
Attn: Mr. Jimmy Huffman
P.O. Box 20020
RT 11 South
Harrisonburg, VA 22801

Trinity Turf, Inc.
Attn: Mr. Kurt Fellenstein
P.O. Box 9
Mt. Crawford, VA 22841

Guerrieri Edmond Clayman & Bartos
PC
Attn: Mr. Joseph Guerrieri Jr. and
Mr. Jeffrey A. Bartos
1652 Massachusetts Ave. NW, Ste 700
Washington, DC 20036-2243

Pension Benefit Guaranty Corporation
Attn: Michael Baird, Esq.
1200 K St. NW
Office of the Chief Counsel
Washington, DC 2005-4026

4

Venable LLP
Attn: Mr. Lawrence A. Katz
and Ms. Kristen E. Burgers
8010 Towers Crescent Dr.
Suite 300
Vienna, VA